IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 3 1 2022**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____   (To be supplied by the court)

<u>CAPTAIN GRANT MITCHELL SAXENA, USA, RETIRED</u>, Plaintiff

v.

<u>CITY OF DENVER, COLORADO</u>

<u>JORDAN GABRIEL</u>          ,

<u>MARK ALLEN</u>                          ,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

> **NOTICE**
>
> Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
>
> **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Grant Mitchell Saxena
5725 Corporate Way
Ste 206
#3044
West Palm Beach, FL 33407
(442) 229-4026
grant.saxena@gmail.com

**B.     DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:

Jordan Gabriel
Denver Police Department
1331 Cherokee Street
Denver, CO 80204
720-913-1311
5.Dist@denvergov.org


Defendant 2:

Mark Allen
Denver Sheriff Department
490 W Colfax Ave, Denver, CO 80204
(720) 337-0200
dsdinfo@denvergov.org

3

C. **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

\_\_\_\_ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

__X__ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of <u>Florida</u>.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of <u>Colorado.</u>

Defendant 1 has its principal place of business in <u>Colorado.</u>

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

### D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: § 13-80-102, C.R.S.

Supporting facts:

1. Captain Saxena, USA, Ret. was arrested at Denver International Airport traveling from a resident country of Mexico on 10 May 2018, while carrying medical devices and electronics in luggage. Deputy of arrest record is P05076-Jordan Gabriel.

2. The Denver Sheriff Department, including employee P84063-Mark Allen, lost or stole my backpack and all contents. Laptop, cameras, electronic devices, family heirlooms, cash, souvenirs and medical devices with certified stamped therapy diplomas were pilfered by Denver, CO agents. Underlying case closed on 26 January 2020, without restitution from city claim filed and sustained allegation of theft during DPD and DSD internal affairs investigations.

3. Denver jail deputies did not bring me to court while incarcerated, so a magistrate issued a false warrant. This false warrant caused additional records to be created and two (2) more weeks of incapacitation without just cause.

4. During the additional unwarranted jail sentence for two (2) weeks: no medical devices nor prescribed medications were given to me as a 100% service-disabled veteran. I am rated for multiple physical disabilities by social security and veterans affairs, so this abuse made me suffer extreme pain and distress during the aforementioned ordeal. The medical devices have not been replaced, so I have been forced to live without medical treatments for many years now - which has taken a brutal toll on my overall health. Therapy for physical and mental trauma inflicted by Denver, CO and employees is still ongoing with a multi-faceted veterans affairs medical team.

**E.     REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

1. Monetary relief for stolen backpack $20,000.00, attorney fees $8,000.00, warrant while incapacitated causing two weeks of false incarceration $2,500.00, lack of medical attention due to deprivation of devices for a disabled veteran multiple of three for treble damage theory prayer included. Total amount requested equals $91,500.00.

## F.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

/s/ *Captain Grant Mitchell Saxena, U.S.A. Retired*          /s/

*20 January 2022*

Captain Grant Mitchell Saxena, USA, Retired
5725 Corporate Way
Suite 206
#3044
West Palm Beach, FL 33407
(442) 229-4026
grant.saxena@gmail.com

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

Captain Grant M. Saxena, USA, Ret.
5725 Corporate Way
Ste 206 #3044
West Palm Beach FL 33407

0005756803000011
Alfred A. Arraj Courthouse
Civil Filings
901 19th Street
Denver CO 80294
USA

51  AAC7IF3  80294